UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERRY ELLIS, RONALD FULLER, STEVEN GAVIN, ADAM KRAVITZ, DEANNA LENTZ, CHRISTOPER MEE, TODD SPARKS, and SAMUEL BRANDISH,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY DEPARTMENT OF CORRECTIONS, CLARK COUNTY, JUDGE JOHN HAGENSEN, RAFAELA SELGA, a/k/a ELA SELGA, LISA BIFFLE, LYNDA HARPER, and JEFFREY MILLER,<br><br>Defendants. | CASE NO. 15-5449 RJB<br><br>AMENDMENT TO SEPTEMBER 16, 2016 ORDER ON CROSS MOTIONS FOR SUMMARY JUDGMENT |

This matter comes before the Court on *sua sponte*. The Court has considered the file herein.

The Court's September 16, 2016 Order on Cross Motions for Summary Judgment (Dkt. 57) should be amended to include the following in Section II. F. Conclusion:

AMENDMENT TO SEPTEMBER 16, 2016 ORDER
ON CROSS MOTIONS FOR SUMMARY
JUDGMENT- 1

1    Plaintiff Ellis's motion for partial summary judgment (Dkt. 37) regarding Mr. Miller's
2 liability for violation of his constitutional rights should be granted. The issue remaining for trial
3 on Plaintiffs Ellis's constitutional claims against Mr. Miller is the amount of damages.
4    **IT IS SO ORDERED**.
5    The Clerk is directed to send uncertified copies of this Order to all counsel of record and
6 to any party appearing *pro se* at said party's last known address.
7    Dated this 16th day of September, 2016.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

AMENDMENT TO SEPTEMBER 16, 2016 ORDER
ON CROSS MOTIONS FOR SUMMARY
JUDGMENT- 2